**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 14, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00828-CV**

---

**IN RE MAGDOLINE ELHINDI, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-29085**

---

## MEMORANDUM OPINION

On October 31, 2023, relator Magdoline Elhindi filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Donna Roth, presiding judge of the 295th District Court of Harris County, to vacate the

following: (1) the trial court's September 25, 2023 order on defendant's motion to compel full and complete discovery responses to defendant's amended first response for admission, request for production, and interrogatories with respect to the compelled production of a video; and (2) the trial court's October 26, 2023 order on plaintiff's [relator's] motion for leave to provide video to the FBI and defendant's motion for sanctions with respect to the requirements that relator provide a full and complete copy of the video to the real party in interest and wait for confirmation of his receipt before leave is obtained to provide a copy of the video to the FBI.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.

2